UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS JORGE FLORES-RAMIREZ,<br><br>               Plaintiff,<br><br>     v.<br><br>THREE UNKNOWN FEDERAL TASK<br>FORCE AGENTS, et al.,<br><br>               Defendants. | Case No. CV-17-2360-VBF (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion to dismiss the First Amended Complaint, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has expired and no objections have been filed. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.[1]

---

[1] The Court notes that there was a typo at page 3, line 26 of the Report and Recommendation and deletes the word "not" in the sentence that reads, "Thus, there is no reason to suspect that he is not entitled to equitable tolling."

    IT IS THEREFORE ORDERED that the motion to dismiss is granted and the action is dismissed with prejudice.

Dated: June 5, 2020

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE