UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESUS JORGE FLORES-RAMIREZ, | ) | Case No. LA CV 17-02360-VBF-PJW |
| Plaintiff, | ) | J U D G M E N T |
| v. | ) | |
| THREE UNKNOWN FEDERAL TASK FORCE AGENTS, et al., | ) | |
| Defendants. | ) | |

Final judgment is hereby entered in favor of all the defendants and against plaintiff Jesus Jorge Flores-Ramirez.

IT IS SO ADJUDGED.


Dated: June 5, 2020

_____

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE